# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-20551
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 17, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARTIN JESUS RIVAS MEDINA, also known as Martin Jesus Rivas, also known as Martin Rivas,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-304-1

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Martin Jesus Rivas Medina raises an argument that he concedes is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 562 & n.28 (5th Cir.) (en banc), *cert. denied*, 134 S. Ct. 512 (2013), in which this court concluded that the generic, contemporary definition of "sexual abuse of a minor" does not require that the age of consent

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-20551

be lower than seventeen and does not include the age-differential asserted. Accordingly, Rivas Medina's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.